UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  ASHLEY D. CARNEY,                                         :
                                    Plaintiff,              :
                                                            :   18 Civ. 713 (LGS)
                -against-                                   :
                                                            :   <u>ORDER</u>
  BOSTON MARKET,                                            :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 7, 2020, Defendant filed a status letter requesting a telephonic conference to discuss discovery-related issues (Dkt. No. 73);

WHEREAS, on May 8, 2020, pro se Plaintiff filed a response to Defendant's letter (Dkt. No. 74). It is hereby

**ORDERED** that a conference is scheduled for **May 14, 2020, at 10:50 a.m**. The conference will be telephonic and will occur on the following conference call line: Dial-in: 888-363-4749 Access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time. If the parties meet and confer by telephone and resolve the issues themselves, the parties shall file a letter requesting to cancel the conference by **May 13, 2020**. It is further

**ORDERED** that, by **May 11, 2020**, Defendant shall email a copy of this Order to pro se Plaintiff and file proof of service on the docket.

Dated: May 8, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**