UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   ASHLEY D. CARNEY,
                             Plaintiff,

                                                18 Civ. 713 (LGS)
            -against-

                                                <u>ORDER</u>
   BOSTON MARKET,
                           Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby ORDERED that the conference scheduled for **May 14, 2020, at 10:50 a.m.** will be held at **11:10 a.m**. The conference will be telephonic and will occur on the following conference call line: Dial-in: 888-363-4749 Access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time. By **May 13, 2020**, Defendant shall email a copy of this Order to pro se Plaintiff and file proof of service on the docket.

Dated: May 12, 2020
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**