UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ASHLEY D. CARNEY,                                           :
                                        Plaintiff,          :
                                                            :   18 Civ. 713 (LGS)
               -against-                                    :
                                                            :   ORDER
BOSTON MARKET,                                              :
                                        Defendant.          :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a discovery conference was held on May 14, 2020. For the reasons stated at the conference, it is hereby

**ORDERED** that Defendant shall file a letter by **May 28, 2020**, apprising the Court of the status of the specimen inspection, including (i) whether Defendant has hired a vendor, (ii) the location of the vendor, (ii) the timeline and plan of inspection and (iii) if necessary, a request to extend the discovery deadline. Inspection occurring after the deposition scheduled for June 3, 2020, shall not be cause to reopen the deposition. It is further

**ORDERED** that, by **May 18, 2020**, Defendant shall email a copy of this Order to pro se Plaintiff and file proof of service on the docket.

Dated: May 14, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**