UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHLEY D. CARNEY,
                                Plaintiff,

                           18 Civ. 713 (LGS)

              -against-

                           <u>ORDER</u>

BOSTON MARKET,
                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 3, 2020, the parties made an oral application during pro se Plaintiff's deposition for immediate resolution of a dispute, pursuant to Individual Rule II.B.1, and a telephonic discovery conference was held. For the reasons stated at the conference, it is hereby

       **ORDERED** that pro se Plaintiff shall file a signed written statement by **June 8, 2020**, confirming her position that the two unnamed individuals referenced in paragraph 8 of the Second Amended Complaint (Dkt. No. 58, ¶ 8) are not related to the incident that is the subject of her claim. Provided that she does so, she need not provide discovery pertaining to these two individuals. It is further

       **ORDERED** that, by **June 4, 2020**, Defendant shall email a copy of this Order to pro se Plaintiff and file proof of service on the docket.

Dated: June 4, 2020
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                               UNITED STATES DISTRICT JUDGE