UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ASHLEY D. CARNEY,
                           Plaintiff,

                                                    18 Civ. 713 (LGS)
           -against-

                                                      <u>ORDER</u>
    BOSTON MARKET,
                           Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is ORDERED that the pre-motion conference scheduled for August 7, 2020, is adjourned to **August 13, 2020, at 10:50 a.m.**  The conference will be telephonic and will be held on the following conference line: 888-363-4749, access code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.  Defendant shall email a copy of this Order to pro se Plaintiff and file proof of service on the docket today.

Dated: August 6, 2020
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                  **UNITED STATES DISTRICT JUDGE**