UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ASHLEY D. CARNEY,
                         Plaintiff,

                                          18 Civ. 713 (LGS)
             -against-

                                          <u>ORDER</u>
    BOSTON MARKET,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a case management conference was held on August 13, 2020, to discuss Defendant's proposed motion for summary judgment (Dkt. No. 95). For the reasons stated at the conference, it is hereby

       **ORDERED** that the parties shall attend a second settlement conference before Judge Moses. A referral will issue separately. By **September 24, 2020**, the parties shall file a joint letter, apprising the Court of the outcome of settlement discussions, or if the conference has not yet occurred, requesting an extension to file the joint letter. If the case is not resolved following settlement discussions, a briefing schedule for Defendant's proposed motion for summary judgment will be entered. It is further,

       **ORDERED** that, by **August 17, 2020**, Defendant shall email a copy of this Order to Ms. Carney and file proof of service on the docket.

Dated: August 13, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**