UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   ASHLEY D. CARNEY,
                               Plaintiff,

                                                                  18 Civ. 713 (LGS)
            -against-

                                                                    ORDER
   BOSTON MARKET,
                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant e-mailed a confidential letter to Chambers, requesting an extension to its motion for summary judgment briefing deadlines based on personal circumstances of defense counsel.  It is hereby

      **ORDERED** that Defendant shall file its motion for summary judgment by **November 9, 2020**.  Pro se plaintiff may oppose that motion by filing an opposition by **December 7, 2020**.  The Court understands that Plaintiff is not a lawyer and is not represented by a lawyer.  Therefore, the Court will apply the necessary legal analysis in deciding the motion, whether or not Plaintiff chooses to oppose the motion.  If Plaintiff decides to file an opposition, she should state where she disagrees with the facts as stated by Defendant, providing evidence in support of her position, or where she believes the law used by Defendant is wrong.  If no opposition is received by **December 7, 2020**, the Court will decide the motion based on any evidence submitted by Defendant and the Court's own analysis of the law.  Defendant may file a reply within ten days after any opposition is filed.  The parties shall comply with the Court's Individual Rules, Emergency Rules and Special Rules in Civil *Pro Se* Cases, including the provisions on page limits, exhibits and courtesy copies.  It is further

**ORDERED** that Plaintiff is advised that because of the COVID-19 pandemic, she can submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.  Instructions for filing by email are located at https://nysd.uscourts.gov/forms/instructions-filingdocuments-email.  Pro se parties who are unable to use email may submit documents by regular mail or in person at a drop box at one of the designated courthouse locations in Manhattan (500 Pearl Street) or White Plains (300 Quarropas Street).  For more information, including instructions on this email service for pro se parties, please visit the Court's website at nysd.uscourts.gov.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: September 9, 2020
      New York, New York

                                             **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**