UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  ASHLEY D. CARNEY,                                         :
                                    Plaintiff,              :
                                                            :        18 Civ. 713 (LGS)
                    -against-                               :
                                                            :        ORDER
  BOSTON MARKET,                                            :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on October 28, 2020, Defendant e-mailed a confidential letter to Chambers containing information concerning settlement discussions.  The letter requested an extension to the motion for summary judgment briefing deadlines and a referral for a settlement conference before Judge Moses.  Pro se Plaintiff e-mailed a response, also containing information concerning settlement discussions.  It is hereby

    **ORDERED** that Defendant's request is DENIED.  However, if the parties mutually agree that an additional referral for settlement discussions before Judge Moses would be helpful, the parties shall file a joint letter on ECF requesting such referral.

Dated: October 29, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**